**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRED JAY OTTO, | NO. CV 16-1883-AB (AS) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING FINDINGS,** |
| ROSS QUINN, and LASHAUNDRA CARRINGTON, | **CONCLUSIONS AND RECOMMENDATIONS OF** |
| | **UNITED STATES MAGISTRATE JUDGE** |
| Defendants. | |

Pursuant to 28 U.S.C. section 636, the Court has reviewed the Complaint, all of the records herein, and the Report and Recommendation of United States Magistrate Judge, to which no objections were filed. Accordingly, the Court accepts the findings, conclusions and recommendations of the Magistrate Judge.

//

//

**IT IS ORDERED** that Judgment shall be entered dismissing this action as to Defendant Carrington without prejudice.

**IT IS FURTHER ORDERED** that the Clerk serve copies of this Order and the Judgment herein on Plaintiff at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: December 19, 2019.

---
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE