**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRED JAY OTTO, | )   NO. CV 16-1883-AB (AS) |
|           Plaintiff, | ) |
|        v. | )      **JUDGMENT** |
| ROSS QUINN, and<br>LASHAUNDRA CARRINGTON, | ) |
|         Defendants. | ) |

     Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

     IT IS ADJUDGED that the above-captioned action is dismissed against Defendant Carrington without prejudice.

     DATED: December 19, 2019.


                                  _____
                              ANDRÉ BIROTTE JR.
                   UNITED STATES DISTRICT JUDGE