1
2
3
4
5
6
7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  FRED JAY OTTO, | Case No. EDCV 16-01883-AB (AS) |
| 12  Plaintiff, | **ORDER ACCEPTING FINDINGS,** |
| 13  v. | **CONCLUSIONS AND** |
| 14  ROSS QUINN, ET. AL., | **RECOMMENDATIONS OF UNITED** |
| 15  Defendants. | **STATES MAGISTRATE JUDGE** |

16

17   Pursuant to 28 U.S.C. Section 636, the Court has reviewed the
18 Fourth Amended Complaint, all the records herein and the attached
19 Report and Recommendation of United States Magistrate Judge, to
20 which no objections were filed. Accordingly, the Court accepts the
21 findings, conclusions and recommendations of the Magistrate Judge.
22
23   **IT IS ORDERED** that Judgment shall be entered DISMISSING this
24 case with prejudice.
25
26 //
27 //
28 //

1    **IT IS FURTHER ORDERED** that the Clerk serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein on Plaintiff at his current address of record.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED:  __May 28, 2020__.

                                    ANDRÉ BIROTTE JR.
                              UNITED STATES DISTRICT JUDGE