**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRED JAY OTTO, | Case No. EDCV 16-01883-AB (AS) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| ROSS QUINN, ET. AL., | |
| Defendants. | |

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 28, 2020.

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE